IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

GLEN AND MINDY SHIELD,
          Plaintiffs,

                                  Civil Action No. 1:25-cv-1210 DAE

CITY OF ASUTIN, TEXAS, ET. AL,
          Defendants.

## UNOPPOSED MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

In accordance with Federal Rule of Civil Procedure 26(c), Plaintiffs, Glen and Mindy Shield file their Unopposed Motion for Entry of Protective Order, and in support thereof would show the Court as follows:

### A. Agreement

1. Counsel for Defendants, City of Austin, Texas, Hugh Butler, Peter Kovach, Shane Housmans, Marisa Giglio, and John Miller state that they are unopposed to the entry of the proposed Order, Exhibit A.

### B. Request

2. Therefore, the Parties' respectfully request the Court enter the Agreed Protective Order attached to this Motion as <u>Exhibit A</u>, which governs the production of confidential documents in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly request the Court to enter the Confidentiality and Protective Order attached as Exhibit A and for such other and further relief the Parties are entitled to receive.

        Respectfully submitted,

        */s/ Lamar Treadwell*
Lamar D. Treadwell, Lead Trial Counsel
TBN: 20205000
1308 E. Common St., Suite 205
New Braunfels, Texas 78132
505/ 660-0602 Cell 505/ 213-0094 E-Fax
Lamar@treadwelltriallaw.com
**SMITH AND VINSON LAW FIRM**
*/s/ Jarrod Smith*
Jarrod L. Smith,
jarrod@smithandvinson.com
TBN: 24094095
*/s/ Brad Vinson*
Brad Vinson,
brad@smithandvinson.com
TBN: 241100021
Elise Smith
Elise@smithandvinson.com
WBN: 0505942
1411 West Avenue, #124
Austin, Texas 78701
PH: (512) 368-9044
**Attorneys For Plaintiffs**

*/s/ Katies Carmona - Unopposed by e-mail Nov. 10, 2025*
Daniel R. Richards
State Bar No. 00791520
drichards@rrsfirm.com
Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
Katharine Lee Carmona
State Bar No. 00787399
kcarmona@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
**Attorneys For Defendants**
The City Of Austin, Hugh Butler,
Peter Kovach, Shane Housmans, And Marisa Giglio

*/s/Christopher Lindsey – Unopposed by e-mail Nov. 10, 2025*
Christopher Lee Lindsey
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
christopher.lindsey@oag.texas.gov
**Attorney for Defendant, John Miller**

## Certificate of Service

I certify that on November 11, 2025 all counsel of record were served a true and correct copy of the foregoing electronically via their e-mail addresses pursuant to the Federal Rules of Civil Procedure.

*/s/ Lamar Treadwell*
Lamar Treadwell