IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLEN SHIELD, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> CITY OF AUSTIN, *et al.*, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 1:25-CV-01210 |

### DEFENDANT JOHN MILLER'S
### NOTICE OF FIRST SUPPLEMENTAL DISCLOSURE TO PLAINTIFFS

**NOW COMES** Defendant John Miller, by and through his attorney of record, the Office of the Attorney General for the State of Texas, files this Notice of First Supplemental Disclosure to Plaintiffs pursuant to Rule 26, Fed. R. Civ. P.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGOHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Acting Division Chief
Law Enforcement Defense Division

1

/s/ *CHRISTOPHER LEE LINDSEY*
**CHRISTOPHER LEE LINDSEY**
Deputy Chief
Attorney-In-Charge
State Bar No. 24065628

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 (Phone No.)
(512) 370-9314 (Fax No.)

**COUNSEL FOR DEFENDANT
JOHN MILLER**

## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the electronic case filing system of the Western District of Texas, on February 3, 2026.

/s/ Christopher Lee Lindsey
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, certify that a true and correct copy of the above was served on all counsel and parties of record by electronic service through the Electronic Case Files System, on February 3, 2026.

/s/ Christopher Lee Lindsey
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General