IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **GLEN AND MINDY SHIELD,** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **THE CITY OF AUSTIN, TEXAS AND** § <br> **UNNAMED ONSITE POLICE** § <br> **SUPERVISORS,OFFICERS, HUGH** § <br> **BUTLER, PETER KOVACH, "O.O"** § <br> **(ADMAS?), SHANE HOUSMANS** § <br> **UNANAMED OFFICER, BYSTANDER,** § <br> **MARISA GIGLIO, UNNAMED** § <br> **BYSTANDERS, AND TEXAS** § <br> **DEPARTMENT OF PUBLIC SAFETY** § <br> **ONSITE SUPERVISOR, CAPT. JOHN** § <br> **MILLER, INDIVIDUALLY AND ALL** § <br> **APD SUPERVISORS, OFFICERS, AND** § <br> **BYSTANDERS, ARE ALL SUED IN** § <br> **THEIR INDIVIDUAL CAPACITIES** § <br> *Defendant.* | | **CIVIL ACTION NO. 1:25-CV-01210** |

## <u>DEFENDANT CITY OF AUSTIN'S APPEARANCE OF LEGAL COUNSEL</u>

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the undersigned attorney, who is admitted to practice in this Court and is a member in good standing, hereby enters an appearance in the above-styled and numbered cause as additional legal counsel for the defendant, City of Austin, to receive the service of pleadings, papers, orders, and documents required to be served in this action.

Monte L. Barton
State Bar No. 24115616
Assistant City Attorney
City of Austin Law Department
P.O. Box 1546
Austin, Texas 78717
(512) 974-2409 Telephone
monte.barton@austintexas.gov

Defendant City of Austin, Texas is represented by Daniel R. Richards and Clark Richards of RICHARDS RODRIGUEZ & SKEITH, LLP.  ***Daniel R. Richards and Clark Richards and RICHARDS RODRIGUEZ & SKEITH, LLP shall continue as lead counsel for Defendant City of Austin.***

RESPECTFULLY SUBMITTED,

DEBORAH THOMAS, CITY ATTORNEY
VASU BEHARA, LITIGATION DIVISION CHIEF

*/s/ Monte L. Barton Jr.*
MONTE L. BARTON JR.
State Bar No. 24115616
Monte.barton@austintexas.gov
Austin City Attorney's Office
Post Office Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2409
Facsimile: (512) 974-1311
**FOR DEFENDANT, CITY OF AUSTIN**

## CERTIFICATE OF SERVICE

This is to certify that I served the foregoing on counsel of record in compliance with the Federal Rules of Civil Procedure on February 10, 2026 VIA CM/ECF.

*/s/ Monte L. Barton Jr*
MONTE L. BARTON JR